an order of Generall Court prohibiting m$^r$ Wharton pleading any cause but his own (except that of m$^r$ Samuel Bellinghams) & improving of it for a nonsute, the Court dismis't the action.

### WHARTON agt. GUARD

Richard Wharton Attourny to Peter Sayer Attourny & assignee to Jonathan Syberry plaint. ag$^t$ William Guard Defend$^t$ The plaint. was nonSuted upon the same plea as in m$^r$ Walley's case.

### HUDSON agt. LEVERETT

Capt$^n$ William Hudson plaint. ag$^t$ Hudson Leverett Def$^t$ The plaint. withdrew his action.

### KNIGHT agt. HUDSON

Richard Knight Collector plaint. ag$^t$ Capt$^n$ William Hudson Vintner Def$^t$ in an action of the case for witholding the Summe of Forty one pounds or thereabouts in mony due by agreement with s$^d$ Richard Knight Collector for the rates imposed by the Generall Court upon his draught of wine beere ale Cider & Mum from the first of April .1674. unto the .25th of October .1675. being one yeare & Seven months at the rate of twenty Six pounds per annum with all due damages according to attachm$^t$ dat$^d$ October .12$^o$ 1676. . . . The Jury . . . found for the plaintife Forty pounds in mony & costs of Court allowed three pounds Eight Shillings.
Execucion issued Nov$^r$ 8th 1676.

### COOKE agt. HUDSON

Elisabeth Cooke Executrix & Elisha Cooke Exec$^r$ of the last will of the late Richard Cooke deceased or either of them plaint. agt. Cap$^{tn}$ William Hudson Defend$^t$ in an action of the case for witholding the Summe of twenty pounds or thereabouts in mony due by Acco$^t$ with other due damages according to attachm$^t$ dat$^d$ October. 12$^o$ 1676. . . . The Jury . . . found for the plaintife twenty pound Seventeen Shillings ten pence halfe penny mony damage & costs of Court allowed Fifty nine Shillings & ten pence.
Execucion issued Nov$^r$ 8th 1676.